**United States Bankruptcy Court**
**Southern District of Ohio**

**IN RE:**     Case No. _____

**Banks, Carrie Jo**     Chapter **7**

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **June 7, 2010**     Signature: ***/s/ Carrie Jo Banks***
                                              **Carrie Jo Banks**     Debtor

Date: _____     Signature: _____
                                              Joint Debtor, if any

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only