Form a0nopymt

# United States Bankruptcy Court
## Southern District of Ohio
### 221 East Fourth Street, Suite 800
### Cincinnati, OH 45202–4133

In Re: Carrie Jo Banks　　　　　　　　　　　Case No.: 1:10–bk–13883

　　　　　Debtor(s)　　　　　　　　　　　　Chapter: 7

SSN/TAX ID:
　　xxx–xx–8091　　　　　　　　　　　　　Judge: J. Vincent Aug Jr.

## Notice of Overdue Installment Payment

　　On June 9, 2010, an Order Approving Payment of Filing Fees in Installments was entered in this case. After a review of the case, it appears that the payment scheduled to be made on July 18, 2010, has not been remitted.

　　Notice is hereby given that, if this outstanding payment is not received by the Clerk's Office on or before August 13, 2010 your case will be dismissed.

Dated: July 30, 2010

　　　　　　　　　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　　　　Kenneth Jordan
　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court