Form a0odfpff

# UNITED STATES BANKRUPTCY COURT
## Southern District of Ohio
### 221 East Fourth Street, Suite 800
### Cincinnati, OH 45202−4133

In Re: Carrie Jo Banks

    Debtor(s)

SSN/TAX ID:
    xxx−xx−8091

Case No.: 1:10−bk−13883

Chapter: 7

Judge: J. Vincent Aug Jr.

**Order Dismissing Case For Failure to Pay Filing Fee**

It appearing to the court that an Order Approving the Payment of Filing Fees in Installments was entered in this case on June 9, 2010, and that the debtor(s) has failed to remit the payments in accordance with the payment schedule.

IT IS HEREBY ORDERED that this case is dismissed for failure to pay the required filing fee in accordance with 28 USC § 1930.

Dated: August 20, 2010

_____

J. Vincent Aug Jr.
United States Bankruptcy Judge